AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jonatan AGUILAR-Garza<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 6, 2018__ in the county of __Jim Hogg__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g)(5) | As an alien, unlawfully in the United States, did knowingly, willfully and unlawfully possess, in and affecting interstate commerce, a Remington 1911 R1 (S/N: RH02733A), 32 rounds of .45 caliber ammunition and three magazines. |

This criminal complaint is based on these facts:
Please see attachment

☑ Continued on the attached sheet.

/s/ Amy Rodriguez
*Complainant's signature*

Amy Rodriguez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/07/2018__

*Judge's signature*

City and state: __Laredo, Texas__    Diana Song Quiroga, US Magistrate Judge
*Printed name and title*

I am a Special Agent (SA) of the United States with Homeland Security Investigations (HSI) and am knowledgeable of the following facts:

1. On May 6, 2018, Border Patrol Agents (BPA) with Customs and Border Protection (CBP), Office of Border Patrol (OBP), encountered Jonatan AGUILAR-Garza, a citizen of Mexico.

2. AGUILAR-Garza was parked at a closed car wash with the hazard lights on, when approached by BPAs. BPAs were in the area working a case of a group of undocumented persons and AGUILAR-Garza's actions were suspicious. When BPAs questioned AGUILAR-Garza, AGUILAR-Garza developed an attitude and stated he knew his rights and BPAs could not ask him about his status in the United Stated. AGUILAR-Garza eventually presented an Employment Authorization Card to BPAs and stated he was in the United States under the Deferred Action for Childhood Arrivals (DACA) program.

3. BPAs asked AGUILAR-Garza if there were any weapons in the vehicle and asked AGUILAR-Garza if he would give consent for BPAs to search the vehicle. AGUILAR-Garza stated there was a weapon in the center console of the vehicle. BPAs discovered a Remington 1911 R1 .45 caliber pistol (S/N: RH02733A) in the folded front center seat console. The weapon was fully loaded with one round in the chamber. A total of three magazines and 32 rounds of .45 caliber ammunition were found. AGUILAR-Garza was transported to the Border Patrol station for further questioning.

4. A Homeland Security Investigations (HSI) Special Agent and an Alcohol, Tobacco and Firearms (ATF) Taskforce Officer (TFO) advised AGUILAR-Garza of his Miranda Rights which he waived and agreed to speak with the SA and TFO. AGUILAR-Garza stated the weapon was his and it was given to him as a gift for his 21st birthday. AGUILAR-Garza knew he could not purchase weapons but did not know it was illegal to possess the weapon. AGUILAR-Garza stated it probably said it in the paperwork he signed but he does not remember. AGUILAR-Garza stated he has been part of the DACA program since 2010.